966

No. 705. KEA STEAMSHIP CORP. *v.* MESLE ET AL. C. A. 3d Cir. Certiorari denied. *Thomas F. Mount* and *J. Welles Henderson* for petitioner. *T. E. Byrne, Jr.* for Haenn Ship Ceiling & Refitting Corp., respondent.

No. 728. CORPSTEIN ET AL. *v.* UNITED STATES. C. A. 10th Cir. Certiorari denied. Petitioner Joseph Corpstein *pro se.* *Solicitor General Rankin, Assistant Attorney General Hansen, Richard A. Solomon, Robert L. Farrington, Neil Brooks* and *Donald A. Campbell* for the United States.

No. 730. CAMPBELL, ADMINISTRATRIX, ET AL. *v.* MATTEUCCI, ADMINISTRATOR. C. A. 10th Cir. Certiorari denied. *Edgar Allyn Buttle* and *Edmund H. H. Caddy* for petitioners. *William A. Sloan* for respondent.

No. 731. KLAMATH MEDICAL SERVICE BUREAU *v.* COMMISSIONER OF INTERNAL REVENUE. C. A. 9th Cir. Certiorari denied. *Robert T. Mautz* and *James R. Moore* for petitioner. *Solicitor General Rankin, Assistant Attorney General Rice* and *Robert N. Anderson* for respondent.

No. 734. CORY ET AL. *v.* COMMISSIONER OF INTERNAL REVENUE. C. A. 2d Cir. Certiorari denied. *Watson Washburn* for petitioners. *Solicitor General Rankin, Assistant Attorney General Rice, Joseph F. Goetten* and *George F. Lynch* for respondent.

No. 738. SEVEN-UP CO. *v.* BLUE NOTE, INC. C. A. 7th Cir. Certiorari denied. *Beverly W. Pattishall* for petitioner. *Sidney R. Zatz* and *Jack H. Oppenheim* for respondent.